James A. Hennefer (SBN 59490)
HENNEFER, FINLEY & WOOD, LLP
425 California Street, 19th Floor
San Francisco, CA 94104-2296
Telephone: (415) 421-6100
Facsimile: (415) 421-1815
jhennefer@hennefer-wood.com

Special Counsel for
Plaintiff-Appellee
Mohamed Poonja

IN THE UNITED STATES COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br>SAN JOSE AIRPORT HOTEL, LLC, dba<br>HOLIDAY INN SAN JOSE,<br>MOBEDSHAHI HOTEL GROUP, | Case No. CV 17-cv-0858 EJD<br><br>(U.S. Bankruptcy Court, N. Dist. Calif.<br>(San Jose) Case No. 09-51045-SLJ;<br>Jointly Administered with 09-51073-SLJ;<br>Adv. Pro. No. 11-05236) |
| MOHAMED POONJA,<br><br>        Plaintiff-Appellee<br>vs.<br><br>CHANDRAKANT SHAH<br><br>        Defendant-Appellant | UNOPPOSED MOTION<br>FOR EXTENSION OF TIME<br>TO FILE APPELLEE'S REPLY<br>BRIEF; AND<br>[~~PROPOSED~~] ORDER |

Plaintiff-Appellee Mohamed Poonja, by and through his counsel of record, hereby moves the Court for a 12 day extension of time, from August 18, 2017, to and including August 30, 2017, to file the appellee's reply brief in this matter.

---

In support of this motion, James A. Hennefer declares as follows:

1. I am counsel for Mohamed Poonja in this appeal. I was trial counsel in the underlying adversary proceeding before the United States Bankruptcy Court and I am the sole counsel for Mr. Poonja on appeal.

2. This appeal involves three prior proceedings and the records from those proceedings. It involves primarily an adversary proceeding *Poonja v. Sevak & Sons, LLP, et al.*, United States Bankruptcy Court for the Northern District of California (San Jose Division) Adv. No. 11– 05236. There are also two prior bankruptcy proceedings giving rise to the adversary proceeding, that were chapter 11 proceedings converted to chapter 7 proceedings: a) *In re San Jose Airport Hotel, LLC*, United States Bankruptcy Court for the Northern District of California (San Jose Division), Case No. 09-51045-SLJ; and b) *In re Mobedshahi Hotel Group*, United States Bankruptcy Court for the Northern District of California (San Jose Division), Case No. 09-51073-SLJ. There are over four hundred docket entries in these proceedings. Appellant designated 56 of these docket entries in its designation of the record (Doc. No. 4-1) consisting of hundreds of pages of materials. (Docs. Nos. 4-2 through 4-26)

3. Appellant's opening brief was originally due on April 3, 2017. With the consent of Appellee, Appellant moved for a 30-day extension of time to file his brief, to and including May 3, 2017. (Doc. No. 8) The Court granted Appellant's motion. (Doc. No. 9) Appellant filed his opening brief on May 3, 2017.

4. Appellee filed his opening brief on July 3, 2017 (Doc. No. 14) after being granted one unopposed extension of 30 days.

5. Appellant sought and received two unopposed extensions to file his reply brief. This reply brief was filed on August 4, 2017. (Doc. No. 19)

6. Appellee's reply brief would be due on August 18, 2017. Appellee has not sought nor received any extensions of time for this brief. Due to the extensions granted to Appellant, the schedule for Appellee's reply brief came into conflict with a several medical tests and examinations that had to be scheduled months ago, within a 30 day window in advance of major surgery set for September 12, 2017. These could not be rescheduled without postponing the surgery and they require my seeking additional time for the reply brief.

---

7. I have contacted Dennis Riordan, counsel for Appellant, and he has agreed to the extension for Appellee to file his reply brief, subject to the Court's approval.

8. I have exercised reasonable diligence in this matter and will file the reply brief on or before the date requested, August 30, 2017, if this motion is granted.

Sworn to under penalty of perjury and executed this 15th day of August, 2017 pursuant to the laws of the United States of America and of the State of California, at San Francisco California.


                /s/ James A. Hennefer
                James A. Hennefer

For the foregoing reasons, it is respectfully requested that the Court grant Appellee a 12 day extension of time to file Appellee's reply brief, to and including August 30, 2017.

Dated: August 15, 2017

Respectfully submitted,          HENNEFER, FINLEY & WOOD, LLP

                By: /s/ James A. Hennefer
                     James A. Hennefer

Special Counsel for Mohamed Poonja, Chapter 7 Trustee for San Jose Airport Hotel, LLC, dba Holiday Inn San Jose, and Mobedshahi Hotel Group

IN THE UNITED STATES COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br>SAN JOSE AIRPORT HOTEL, LLC, dba<br>HOLIDAY INN SAN JOSE,<br>MOBEDSHAHI HOTEL GROUP,<br><br>_____<br><br>MOHAMED POONJA,<br><br>        Plaintiff-Appellee<br><br>vs.<br><br>CHANDRAKANT SHAH<br><br>        Defendant-Appellant | Case No. CV 17-cv-0858 EJD<br><br>(U.S. Bankruptcy Court, N. Dist. Calif.<br>(San Jose) Case No. 09-51045-SLJ<br>Jointly Administered with 09-51073-SLJ;<br>Adv. Pro. No. 11-05236)<br><br>[~~PROPOSED~~] ORDER EXTENDING TIME<br>TO FILE APPELLEE'S OPENING BRIEF |

    Appellee having moved the Court and good cause appearing therefor,

IT IS HEREBY ORDERED that the Plaintiff-Appellee Mohamed Poonja be permitted to file his opening brief in this appeal on or before August 30, 2017

Dated: August __16____, 2017

                                                            _____
                                                            HONORABLE EDWARD J. DAVILA
                                                            United States District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. A certificate of service for mailing as to all participants in the case who are not registered CM/ECF users will be filed with the Clerk of the Court

/s/ James A. Hennefer

---